722 A.2d 675

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John D. O'CONNOR, Respondent.**

**No. 485 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of January, 1999, there having been filed with this Court by John D. O'Connor his verified Statement of Resignation dated November 24, 1998, stating

that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John D. O'Connor be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.